```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  ILA C. DEISS, NY SBN 3052909
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7124
6      FAX: (415) 436-7169

7  Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MEDHANIE YOHANNES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ERIC HOLDER, Attorney General of the United States; JANET NAPOLITANO, Secretary of the Department of Homeland Security; ALEJANDRO MAYORKAS, Director of United States Citizenship and Immigration Services<br>　　　　Defendants. | No. C 10-0258 SBA<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

///

///

///

///

///

Stipulation to Dismiss
No. C 10-0258 SBA

1 | Each of the parties shall bear their own costs and fees.

3 | Date: April 5, 2010					Respectfully submitted,

4 | 									JOSEPH P. RUSSONIELLO
 									United States Attorney

6 | 									_____/s/_____
 									ILA C. DEISS
7 | 									Assistant United States Attorney
 									Attorneys for Defendants

10 | Date: April 5, 2010					_____/s/_____
 									ERICH KEEFE
 									Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:						_____
							SAUNDRA B. ARMSTRONG
							United States District Judge